**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 14-1153**

─────────────

THEODORE JUSTICE,

             Plaintiff – Appellant,

        v.

PETER WHITE, Vance County Sheriff; SAMUEL BOOTH CURRIN,
Vance County District Attorney; ALLISON S. CAPPS, Vance
County Assistant District Attorney; HENRY W. HIGHT, JR.,
Senior Resident Superior Court Judge; THOMAS S. HESTER,
JR., Chairman Vance County; THERESA JOMO, LPN, Vance County
Detention Center,

             Defendants – Appellees,

        and

NURSE TERRY, Vance County Detention Center,

             Defendant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:13-cv-00548-FL)

─────────────

Submitted:  June 26, 2014            Decided:  July 1, 2014

─────────────

Before WILKINSON, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Theodore Justice, Appellant Pro Se. James R. Morgan, Jr., WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina; Kristen Yarbrough Riggs, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Raleigh, North Carolina; Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina; Walter Gregory Merritt, Jay C. Salsman, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Justice's civil rights action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Justice v. White</u>, No. 5:13-cv-00548-FL (E.D.N.C. Feb. 10, 2014). We deny Justice's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>